IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

D<small>E</small>ANDRE M. DISMUKE                                                                                              PLAINTIFF

v.                                              Case No. 1:23-cv-01067

LEROY MARTIN, Sheriff, Columbia
County Detention Center; GEAN
SIEGER; & JERRY MANESS                                                                                     DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that: (1) Plaintiff's individual and official capacity claims against Jerry Maness be dismissed without prejudice; (2) Plaintiff's individual capacity claims against Sheriff Leroy Martin be dismissed without prejudice; (3) Plaintiff's individual capacity claims against Gean Sieger for allegedly unconstitutional conditions of confinement and denial of proper medical care proceed; and (4) Plaintiff's official capacity claims against Gean Sieger and Sheriff Leroy Martin for allegedly unconstitutional conditions of confinement, denial of proper medical care, and restricting access to "world news" should proceed.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 14) *in toto*. Plaintiff's individual and official capacity claims against Jerry Maness should be and hereby are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against Sheriff Leroy Martin should be and hereby are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's individual capacity claims against Gean Sieger—for allegedly violating Plaintiff's constitutional rights in the conditions of his confinement and

refusing him access to medical care—will proceed. Plaintiff's official capacity claims against Gean Sieger and Sheriff Leroy Martin—for allegedly violating Plaintiff's constitutional rights in the conditions of his confinement, refusing him access to medical care, and restricting his access to "world news"—will proceed.

**IT IS SO ORDERED**, this 25th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge