IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DeANDRE M. DISMUKE                                                                PLAINTIFF

v.                                         Civil No. 1:23-CV-01067-BAB

LEROY MARTIN, Sheriff                                                            DEFENDANTS
Columbia County Detention Center; and
GEAN SIEGER

## JUDGMENT

For the reasons set forth in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 5th day of November 2024.

/s/ Barry A. Bryant
―――――――――――――――――――
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE